UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 15-10338-FDS |
| ) | |
| 34. JOSUE MORALES, ) | |
| a/k/a "Blancito," ) | |
| Defendant ) | |

## DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts, William D. Weinreb, hereby dismisses Count Two of the above-captioned Fifth Superseding Indictment charging Morales with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d). In support of this motion, the government states that it is in the interests of justice to dismiss the instant case against Morales.

Wherefore, the government moves to dismiss the instant Fifth Superseding Indictment against Morales.

Respectfully submitted,

9/22/17
Date

WILLIAM D. WEINREB
Acting United States Attorney

Christopher Pohl
Glenn A. MacKinlay
Kunal Pasricha
Assistant U.S. Attorneys

Leave to File Granted:

_____
The Honorable F. Dennis Saylor
United States District Court